IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUTH SILVA-HERNANDEZ,

    Plaintiff,

v.        No. CIV-15-0698 WJ/LAM

STANDARD INSURANCE COMPANY,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES AND SETTING CASE MANAGEMENT DEADLINES

**THIS MATTER** came before the Court on a telephonic Rule 16 Initial Scheduling Conference held on December 3, 2015. Following a review of the parties' Joint Status Report and Provisional Discovery Plan filed on November 20, 2015, and after conferring with counsel, the Court adopts the Joint Status Report and Provisional Discovery Plan and sets the following case management deadlines:

| | | |
|---|---|---|
| a) | Deadline for disclosure of the Administrative Record: | **November 30, 2015** |
| b) | Motions to conduct extra-record discovery: | **February 5, 2016** |
| c) | Plaintiff's opening brief due: | **April 1, 2016** |
| d) | Defendant's opposition brief due: | **April 29, 2016** |
| e) | Plaintiff's reply brief due: | **May 13, 2016** |

Any extension of the case management deadlines must be approved by the Court. Any requests for additional discovery must be submitted to the Court by motion prior to the expiration of the discovery deadline.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**