IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUTH SILVA-HERNANDEZ,

        **Plaintiff,**

v.                                      **No. CIV-15-0698 WJ/LAM**

STANDARD INSURANCE COMPANY,

        **Defendant.**

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court pursuant to the Rule 16 Initial Scheduling Conference held on December 3, 2015. The Court having considered the record of the case, the applicable law, and being otherwise fully advised in the premises, **FINDS** that the claims set forth in Plaintiff's complaint are governed by ERISA. Further, after review of the parties' Joint Status Report and Provisional Discovery Plan [*Doc. 15*], the Court finds that good cause exists for setting a briefing schedule at this time.

**IT IS THEREFORE ORDERED THAT:**

1.      Plaintiff's opening brief is due **on or before April 1, 2016.**

3.      Defendant's response brief is due **on or before April 29, 2016.**

4.      Plaintiff's reply brief is due **on or before May 13, 2016.**

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**